IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE CHICAGO PAINTERS AND DECORATORS PENSION FUND, et al., | ) ) ) | |
| Plaintiffs, | ) ) | No. 20 cv 02875 |
| v. | ) ) | Judge Durkin |
| LOTUS OPTIONS, INC., an Illinois corporation, et al. | ) ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) ) | |

NOTICE OF DISMISSAL

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, JAMES R. ANDERSON, and ARNOLD AND KADJAN LLP, pursuant to Federal Rule of Civil Procedure 41 (a)(1(A)(i), voluntarily dismiss this action without prejudice and state that the Defendant has neither served an Answer or a Motion for Summary Judgment.

TRUSTEES OF THE CHICAGO PAINTERS et al

s/s     James R. Anderson

One of their attorneys

DONALD D.SCHWARTZ
JAMES R. ANDERSON
PAUL M. EGAN
BRIAN C.JAMES
GRANT R. PIECHOCINSKI
ARNOLD AND KADJAN LLP
35 East Wacker Drive, Suite 600
Chicago, Illinois 60601
(312)236-0415